B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Western District of Washington | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**TASC, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**91-1677903** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1112 6th Ave, Suite 100**<br>**Tacoma, WA**<br>ZIP Code **98405** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Pierce** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) | |
|---|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ■ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13 | ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable) | Nature of Debts<br>(Check one box) | |
|---|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." | ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ■ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ■ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**TASC, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)      (Date) |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>  ☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>  ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>       _____<br>       (Name of landlord that obtained judgment)<br><br><br>       _____<br>       (Address of landlord)<br><br>☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

# Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**TASC, LLC**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ James A. Santucci**
Signature of Attorney for Debtor(s)

**James A. Santucci 7393**
Printed Name of Attorney for Debtor(s)

**The Lanz Firm, P.S.**
Firm Name

**1200 Westlake Avenue North**
**Suite 809**
**Seattle, WA 98109**

Address

**Email: kdaines@thelanzfirm.com**
**206-382-1827  Fax: 206-682-5288**
Telephone Number

**May 24, 2012**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Jayson Forbes**
Signature of Authorized Individual

**Jayson Forbes**
Printed Name of Authorized Individual

**Executive Director**
Title of Authorized Individual

**May 24, 2012**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Washington

In re **TASC, LLC**

Debtor(s)

Case No. _____

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| ABM Health % Linc Health, Inc. 2310 130th Ave NE, Suite B-200 Bellevue, WA 98005 | ABM Health % Linc Health, Inc. 2310 130th Ave NE, Suite B-200 Bellevue, WA 98005 | Goods | | 2,613.51 |
| AMO Sales and Services, Inc. 75 Remittance Dr, Suite 1437 Chicago, IL 60675-1437 | AMO Sales and Services, Inc. 75 Remittance Dr, Suite 1437 Chicago, IL 60675-1437 | Supplies | | 3,715.00 |
| Anesthesia Equipment Supply P.O. Box 358 Black Diamond, WA 98010-0358 | Anesthesia Equipment Supply P.O. Box 358 Black Diamond, WA 98010-0358 | Goods | | 1,745.81 |
| Boston Scientific P.O. Box951653 Dallas, TX 75395-1653 | Boston Scientific P.O. Box951653 Dallas, TX 75395-1653 | Goods | | 5,472.00 |
| BPI 4813 Pacific Highway East Fife, WA 98424 | BPI 4813 Pacific Highway East Fife, WA 98424 | Goods | | 3,720.00 |
| Cardinal Health P.O. Box 100316 Seattle, WA 98119-0316 | Cardinal Health P.O. Box 100316 Seattle, WA 98119-0316 | Goods | | 19,823.00 |
| CuraScript Speciality Distrib. P.O. Box 533307 Charlotte, NC 28290 | CuraScript Speciality Distrib. P.O. Box 533307 Charlotte, NC 28290 | Goods | | 2,327.72 |
| Eddie P. Lo, DPM 1901 S Union, Suite B4001 Tacoma, WA 98405 | Eddie P. Lo, DPM 1901 S Union, Suite B4001 Tacoma, WA 98405 | Sevices-Board Member | | 4,200.00 |
| Hologic Limited Partnership 24506 Network Place Chicago, IL 60673-1245 | Hologic Limited Partnership 24506 Network Place Chicago, IL 60673-1245 | Services | | 11,355.47 |
| Ian Lawson, MD 1550 Union Ave S, #210 Tacoma, WA 98405 | Ian Lawson, MD 1550 Union Ave S, #210 Tacoma, WA 98405 | Services-Board Member | | 1,800.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   **TASC, LLC**                                    Case No. _____
_____
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Johnson and Johnson<br>5972 Collections Center Dr.<br>Chicago, IL 60693 | Johnson and Johnson<br>5972 Collections Center Dr.<br>Chicago, IL 60693 | Goods | | 7,731.00 |
| Lynne Clark, MD<br>6002 N. Westgate Blvd, #150<br>Tacoma, WA 98406 | Lynne Clark, MD<br>6002 N. Westgate Blvd, #150<br>Tacoma, WA 98406 | Services-Board Member | | 3,300.00 |
| Medline<br>Dept. 1080<br>P.O. Box 121080<br>Dallas, TX 75312-1080 | Medline<br>Dept. 1080<br>P.O. Box 121080<br>Dallas, TX 75312-1080 | Goods | | 3,010.00 |
| Praxair Distribution, Inc.<br>Dept. 0812<br>P.O. Box 120812<br>Dallas, TX 75312-0812 | Praxair Distribution, Inc.<br>Dept. 0812<br>P.O. Box 120812<br>Dallas, TX 75312-0812 | Goods | | 1,741.73 |
| Regence<br>100 SW Market Street<br>Portland, OR 97201 | Regence<br>100 SW Market Street<br>Portland, OR 97201 | Triple Net Lease amounts. | | 2,402.66 |
| Regence Blue Shield<br>(Cambia)<br>100 SW Market Street<br>MS/C6R<br>Portland, OR 97201 | Regence Blue Shield (Landlord)<br>100 SW Market Street<br>Everett, WA 98201 | Rent | | 119,913.99 |
| Robert Modarelli, MD<br>1231 No. Sunset Drive<br>Tacoma, WA 98406 | Robert Modarelli, MD<br>1231 No. Sunset Drive<br>Tacoma, WA 98406 | Services-Board Member | | 1,800.00 |
| Robert Spaulding<br>4316 SW 307th Street<br>Federal Way, WA 98023 | Robert Spaulding<br>4316 SW 307th Street<br>Federal Way, WA 98023 | Services-Board Member | | 5,000.00 |
| Rohlman & Associates<br>10820 SE 23rd Street<br>Bellevue, WA 98004 | Rohlman & Associates<br>10820 SE 23rd Street<br>Bellevue, WA 98004 | Consultant | | 4,050.00 |
| STORZ<br>File No. 53514<br>Los Angeles, CA 90074-3514 | STORZ<br>File No. 53514<br>Los Angeles, CA 90074-3514 | Goods | | 2,112.78 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Executive Director of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **May 24, 2012**                    Signature   **/s/ Jayson Forbes**
_____                    _____
                                                     **Jayson Forbes**
                                                     **Executive Director**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

In re **TASC, LLC** , Case No. _____
_____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **TASC, LLC** <br><br> **Heritage Bank %Ron Staples** <br> **1722 So Union Ave** <br> **Tacoma, WA 98405** | X | - | | | **2007** <br><br> **Non-Purchase Money Security** <br><br> **"Certificate of Need" togethe with accts, inventory, equipment, intangible and tangible property** | | | | | |
| | | | | | Value $ **1,000,000.00** | | | | **129,000.00** | **0.00** |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |

__0__ continuation sheets attached

| | Subtotal (Total of this page) | **129,000.00** | **0.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **129,000.00** | **0.00** |

Case 12-43605-PBS    Doc 1    Filed 05/24/12    Ent. 05/24/12 09:22:47    Pg. 6 of 30

B6F (Official Form 6F) (12/07)

In re __TASC, LLC_____,  Case No. _____
                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxx-xxx-3916<br><br>ABM Health % Linc Health, Inc.<br>2310 130th Ave NE, Suite B-200<br>Bellevue, WA 98005 | - | | 2012<br>Goods | | | | 2,613.51 |
| Account No. xx4910<br><br>AMO Sales and Services, Inc.<br>75 Remittance Dr, Suite 1437<br>Chicago, IL 60675-1437 | | | 2012<br>Supplies | | | | 3,715.00 |
| Account No. xxx0579<br><br>Anesthesia Equipment Supply<br>P.O. Box 358<br>Black Diamond, WA 98010-0358 | - | | 2012<br>Goods | | | | 1,745.81 |
| Account No. xxx-xxx-3916<br><br>Arthrex<br>P.O. Box 403511<br>Atlanta, GA 30384-3511 | - | | 2012<br>Goods | | | | 1,670.18 |

__13__ continuation sheets attached

Subtotal
(Total of this page)         9,744.50

In re    **TASC, LLC**                                          ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx-xxx-3916** <br><br> **Beacon Madaes** <br> P.O.Box 601452 <br> Charlotte, NC 28260-1452 | - | | 2012 <br> Goods | | | | 480.82 |
| Account No. **3540** <br><br> **Berkley Medevices** <br> 1330 So. 51st Street <br> Richmond, CA 94804-4628 | - | | 2012 <br> Goods | | | | 36.45 |
| Account No. **x8763** <br><br> **Boston Scientific** <br> P.O. Box951653 <br> Dallas, TX 75395-1653 | - | | 2012 <br> Goods | | | | 5,472.00 |
| Account No. **xx-xxx0750** <br><br> **BPI** <br> 4813 Pacific Highway East <br> Fife, WA 98424 | - | | 2012 <br> Goods | | | | 3,720.00 |
| Account No. **xxx8968** <br><br> **Cadmet, Inc.** <br> P.O. Box 24 <br> Malvern, PA 19355 | - | | 2012 <br> Goods | | | | 1,476.37 |

Sheet no. __1__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **11,185.64**

B6F (Official Form 6F) (12/07) - Cont.

In re  **TASC, LLC** _____,  Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **xxxx2853**<br><br>**Cardinal Health**<br>**P.O. Box 100316**<br>**Seattle, WA 98119-0316** | - | | | | 2012<br>Goods | | | | 19,823.00 |
| Account No. **xxx-xxxxxx0-000**<br><br>**CIT Technology**<br>**P.O.Box 550599**<br>**Jacksonville, FL 32255-0599** | - | | | | 2012<br>Services | | | | 419.87 |
| Account No. **xxx-xxxxxx0-000**<br><br>**CIT Technology Services**<br>**P.O. Box 100706**<br>**Pasadena, CA 91189-0706** | - | | | | 2012<br>Service | | | | 175.09 |
| Account No. **xx6657**<br><br>**Conmed Corpration**<br>**Church Street Station**<br>**P.O. Box 6814**<br>**New York, NY 10249-6814** | - | | | | 2012<br>Goods | | | | 1,648.25 |
| Account No. **xx0618**<br><br>**CuraScript Speciality Distrib.**<br>**P.O. Box 533307**<br>**Charlotte, NC 28290** | - | | | | 2012<br>Goods | | | | 2,327.72 |

Sheet no. __2___ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **24,393.93**

B6F (Official Form 6F) (12/07) - Cont.

In re **TASC, LLC** _____, Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | J C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxx-xxx-3916** <br><br> **David Dawson, MDq** <br> **5916 Nahane East NE** <br> **Tacoma, WA 98422** | - | | | | **2012** <br> **Services-Board Member** | | | | 600.00 |
| Account No. **xx5782** <br><br> **DeRoyal Industries** <br> **P.O. Box 1015** <br> **Powell, TN 37849-1015** | - | | | | **2012** <br> **Goods** | | | | 136.87 |
| Account No. **xxx-xxx-3916** <br><br> **Eddie P. Lo, DPM** <br> **1901 S Union, Suite B4001** <br> **Tacoma, WA 98405** | - | | | | **2012** <br> **Sevices-Board Member** | | | | 4,200.00 |
| Account No. **xxxx- x378-0** <br><br> **Federal Express** <br> **P.O. Box 94515** <br> **Palatine, IL 60094-4515** | - | | | | **2012** <br> **Services** | | | | 20.96 |
| Account No. **TASC** <br><br> **Frank Kim, MD** <br> **316 ML King Jr Way, #312** <br> **Tacoma, WA 98405** | - | | | | **2012** <br> **Services-Board Member** | | | | 1,500.00 |

Sheet no. __3__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          6,457.83

B6F (Official Form 6F) (12/07) - Cont.

In re __**TASC, LLC**_____,     Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx7113** <br><br> **Getting USA, Inc.** <br> **1777 East Henrietta Road** <br> **Rochester, NY 14623-3133** | - | | 2012 <br> Goods | | | | 408.47 |
| Account No. **548** <br><br> **Health Resource Services** <br> **P.O. Box 749720** <br> **Los Angeles, CA 90074-9720** | - | | 2012 <br> Goods | | | | 300.00 |
| Account No. **xx7368** <br><br> **Hologic Limited Partnership** <br> **24506 Network Place** <br> **Chicago, IL 60673-1245** | | | 2012 <br> Services | | | | 11,355.47 |
| Account No. **xxx-xxx-3916** <br><br> **Ian Lawson, MD** <br> **1550 Union Ave S, #210** <br> **Tacoma, WA 98405** | - | | 2012 <br> Services-Board Member | | | | 1,800.00 |
| Account No. **xx6070** <br><br> **Integra Telecom** <br> **P.O. Box 2966** <br> **Milwaukee, WI 53201-2966** | - | | 2012 <br> Goods | | | | 511.87 |

Sheet no. __**4**___ of __**13**___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal <br> (Total of this page)          14,375.81

B6F (Official Form 6F) (12/07) - Cont.

In re **TASC, LLC** _____ ,　　Case No. _____
　　　　　　　　　　　　　　　　Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx3163** | | | | 2012 Goods | | | | |
| Johnson and Johnson 5972 Collections Center Dr. Chicago, IL 60693 | - | | | | | | | 7,731.00 |
| Account No. | | | | 2012 Services-Board Member | | | | |
| Karen Nelson, MD 314 ML King Jr Way, #400 Tacoma, WA 98405 | - | | | | | | | 600.00 |
| Account No. **xxx-xxx-3916** | | | | 2012 Services | | | | |
| Kathy Smith 112 6th Ave Tacoma, WA 98405 | - | | | | | | | 157.00 |
| Account No. **xx8689** | | | | 2012 Goods | | | | |
| Konica Minolta Bus. Solutions USA, Inc Dept. CH 19188 Palatine, IL 60055-9188 | - | | | | | | | 34.90 |
| Account No. **xxx-xxx-3916** | | | | 2012 Services | | | | |
| LaMay Mobile Shredding 2910 Hogum Bay Rd NE Olympia, WA 98516-3133 | - | | | | | | | 155.60 |

Sheet no. __5__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) 　　8,678.50

B6F (Official Form 6F) (12/07) - Cont.

In re **TASC, LLC** , Case No. _____
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | J C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxx-xxx-3916**<br><br>Lynne Clark, MD<br>6002 N. Westgate Blvd, #150<br>Tacoma, WA 98406 | | - | | | **2012**<br>**Services-Board Member** | | | | 3,300.00 |
| Account No. **xxx-xxx-3916**<br><br>McKesson Medical Surgical<br>P.O. Box 933027<br>Atlanta, GA 31193-3027 | | - | | | **2012**<br>**Goods** | | | | 19.97 |
| Account No. **xxx3297**<br><br>Medline<br>Dept. 1080<br>P.O. Box 121080<br>Dallas, TX 75312-1080 | | - | | | **2012**<br>**Goods** | | | | 3,010.00 |
| Account No. **7031**<br><br>MicroAire<br>Lockbox 96565<br>Chicago, IL 60693 | | - | | | **2012**<br>**Goods** | | | | 138.17 |
| Account No. **xxxx6000**<br><br>Mindray DS USA, Inc.<br>24312 Network Pl.<br>Chicago, IL 60673-1243 | | - | | | **2012**<br>**Goods** | | | | 108.47 |

Sheet no. __6__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 6,576.61

B6F (Official Form 6F) (12/07) - Cont.

In re __TASC, LLC_____,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxx3916**<br><br>**Mountain Mist**<br>**P.O. Box 8447**<br>**Seattle, WA 98124-5747** | | - | | 2012<br>Goods | | | | 100.23 |
| Account No. **xxxx0973**<br><br>**Office Depot**<br>**P.O. Box70025**<br>**Los Angeles, CA 90074-0025** | | - | | 2012<br>Goods | | | | 336.11 |
| Account No. **xxx0461**<br><br>**On-Hold Concepts, Inc**<br>**7121 27th St. W**<br>**Tacoma, WA 98466-4623** | | - | | 2012<br>Goods | | | | 165.00 |
| Account No. **xxxx1352**<br><br>**Philadelphia Insurance Company**<br>**P.O. Box 7025**<br>**Philadelphia, PA 19176-0251** | | - | | 2012<br>Goods-Insurance | | | | 570.00 |
| Account No. **xxxx-xxx2-86-8**<br><br>**Pitney Bowes**<br>**P.O.Box 371896**<br>**Pittsburgh, PA 15250-7896** | | - | | 2012<br>Goods | | | | 156.52 |

Sheet no. __7___ of __13___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                     1,327.86

B6F (Official Form 6F) (12/07) - Cont.

In re **TASC, LLC** _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxx7920** Pitney Bowes (lease) P.O. Box 371887 Pittsburgh, PA 15250-7887 | - | | | | 2012 Goods | | | | 170.66 |
| Account No. **xxx-xxx-3916** Prasad M. Reddy, MD 5 - 35th Ave NW Gig Harbor, WA 98335 | - | | | | 2012 Services-Board Member | | | | 900.00 |
| Account No. **xH419** Praxair Distribution, Inc. Dept. 0812 P.O. Box 120812 Dallas, TX 75312-0812 | - | | | | 2012 Goods | | | | 1,741.73 |
| Account No. Precision Dynamics 13880 DEK SUR ST San Fernando, CA 91340-3490 | - | | | | 2012 Goods | | | | 61.56 |
| Account No. **xxxxxx1154** Provider Advantage Unit 99 P.O. Box 4800 Portland, OR 97208-4800 | - | | | | 2012 Goods | | | | 48.31 |

Sheet no. __8__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          2,922.26

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **TASC, LLC**                                                    , Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **22-0** <br><br>**Puget Sound Pharmacy**<br>**1112 Sixth Ave, Suite 101**<br>**Tacoma, WA 98405** | | - | | 2012<br>Goods | | | | 1,287.75 |
| Account No. **xxxx-xxxx-xxxx-5766** <br><br>**Purchase Power (Pitney-Bowes)**<br>**P.O. Box 371874**<br>**Pittsburgh, PA 15250-7874** | | - | | 2012<br>Goods | | | | 515.89 |
| Account No. <br><br>**Regence**<br>**100 SW Market Street**<br>**Portland, OR 97201** | | - | | 2012<br>Triple Net Lease amounts. | | | | 2,402.66 |
| Account No. **TASC Rent** <br><br>**Regence Blue Shield (Cambia)**<br>**100 SW Market Street  MS/C6R**<br>**Portland, OR 97201** | | - | | 2012<br>Office Rent | | | | 119,913.99 |
| Account No. **xxx-xxx-3916** <br><br>**Robert McLees,MD**<br>**7725 92nd St NW**<br>**Gig Harbor, WA 98332** | | - | | 2012<br>Services-Board Member | | | | 900.00 |

Sheet no. __9__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                125,020.29

B6F (Official Form 6F) (12/07) - Cont.

In re    **TASC, LLC** _____,     Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx-xxx-3916**<br><br>**Robert Modarelli, MD**<br>**1231 No. Sunset Drive**<br>**Tacoma, WA 98406** | - | | 2012<br>Services-Board Member | | | | 1,800.00 |
| Account No. **xxx-xxx-3916**<br><br>**Robert Spaulding**<br>**4316 SW 307th Street**<br>**Federal Way, WA 98023** | - | | 2012<br>Services-Board Member | | | | 5,000.00 |
| Account No. **xxx-xxx-3916**<br><br>**Rohlman & Associates**<br>**10820 SE 23rd Street**<br>**Bellevue, WA 98004** | - | | 2012<br>Consultant | | | | 4,050.00 |
| Account No. **xxxx8022**<br><br>**Seattle Times Company**<br>**P.O. Box 34698**<br>**Seattle, WA 98124-1698** | - | | 2012<br>Goods | | | | 76.70 |
| Account No. **xxS001**<br><br>**Smith Fire Systems Mgmt.**<br>**1106 54th Ave East**<br>**Tacoma, WA 98424** | - | | 2012<br>Services | | | | 191.56 |

Sheet no. __10__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     11,118.26

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com       Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re     **TASC, LLC**
_____,          Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx9199** <br><br> **Stericycle** <br> **P.O. Box 6578** <br> **Carol Stream, IL 60197** | - | | 2012 <br> Goods | | | | 61.56 |
| Account No. **xxx-xxx-3916** <br><br> **Sterile Surgical Systems** <br> **2757  29th Ave SW** <br> **Tumwater, WA 98512** | - | | 2012 <br> Goods | | | | 1,119.71 |
| Account No. **xx5310** <br><br> **STORZ** <br> **File No. 53514** <br> **Los Angeles, CA 90074-3514** | - | | 2012 <br> Goods | | | | 2,112.78 |
| Account No. **x9151** <br><br> **Stryker Endoscopy** <br> **P.O. Box 70119** <br> **Chicago, IL 60673-0119** | - | | 2012 <br> Goods | | | | 338.22 |
| Account No. **xx0061** <br><br> **Synthes** <br> **P.O. Box 8538-662** <br> **Philadelphia, PA 19171-0662** | - | | 2012 <br> Goods | | | | 237.38 |

Sheet no. __11__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,869.65**

B6F (Official Form 6F) (12/07) - Cont.

In re **TASC, LLC** _____,   Case No. _____
                           Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx-xxx-3916** <br><br> **Tacoma Diesel & Equipment** <br> **444-54th Ave East** <br> **Fife, WA 98424** | - | | 2012 <br> Goods | | | | 760.33 |
| Account No. **xxx-xxx-3916** <br><br> **Tacoma Medical Transcription** <br> **P.O.Box 97134** <br> **Lakewood, WA 98497-0134** | - | | 2012 <br> Services | | | | 615.15 |
| Account No. **xxx-xxx-3916** <br><br> **Tags, Awards & Specialties** <br> **3643 Pacific Ave SE** <br> **Olympia, WA 98501** | - | | 2012 <br> Goods | | | | 346.86 |
| Account No. **xxx-xxx-3916** <br><br> **Terry Paladinetti, MD** <br> **3712 North 39th Street** <br> **Tacoma, WA 98407** | - | | 2012 <br> Services-Board Member | | | | 300.00 |
| Account No. **xxxxxx5140** <br><br> **The Hartford** <br> **P.O. Box 660916** <br> **Dallas, TX 75266-0916** | - | | 2012 <br> Goods | | | | 324.37 |

Sheet no. __12__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    2,346.71

B6F (Official Form 6F) (12/07) - Cont.

In re    **TASC, LLC**                                                    ,          Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xx7439** <br><br> **Utah Medical Products** <br> **7043 South 300 West** <br> **Midvale, UT 84047** | - | | | | **2012** <br> **Goods** | | | | 342.48 |
| Account No. **xxx-xxx-3916** <br><br> **WASCA** <br> **17837 - 1st Ave So.** <br> **PMB #306** <br> **Normandy Park, WA 98148** | - | | | | **2012** <br> **Goods** | | | | 1,500.00 |
| Account No. **xxxx-xxxx--0908** <br><br> **Wells Fargo** <br> **Payment Remittance Center** <br> **P.O.Box 5439** <br> **Los Angeles, CA 90054-0349** | - | | | | **2012** <br> **Credit Card** | | | | 614.58 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Sheet no. __13__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | Subtotal <br> (Total of this page) | | | | 2,457.06 |
| | | | | | Total <br> (Report on Summary of Schedules) | | | | 230,474.91 |

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

# United States Bankruptcy Court

## Western District of Washington

In re     **TASC, LLC**
_____ ,
                                    Debtor

Case No. _____

Chapter _____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **TASC Physicians, LLC**<br>**1112 6th Ave, Suite 100**<br>**Tacoma, WA 98405** | | **1** | **Sole Member of**<br>**TASC, LLC** |

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Executive Director of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____**May 24, 2012**_____          Signature **/s/ Jayson Forbes**_____
                                                        **Jayson Forbes**
                                                        **Executive Director**

_Penalty for making a false statement or concealing property_:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

___0___  continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Western District of Washington

In re    **TASC, LLC** _____    Case No. _____

                                     Debtor(s)    Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Executive Director of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **May 24, 2012** _____      **/s/ Jayson Forbes** _____

                                                     **Jayson Forbes/Executive Director**
                                                     Signer/Title

ABM HEALTH % LINC HEALTH, INC.
2310 130TH AVE NE, SUITE B-200
BELLEVUE, WA 98005


AMO SALES AND SERVICES, INC.
75 REMITTANCE DR, SUITE 1437
CHICAGO, IL 60675-1437


ANESTHESIA EQUIPMENT SUPPLY
P.O. BOX 358
BLACK DIAMOND, WA 98010-0358


ARTHREX
P.O. BOX 403511
ATLANTA, GA 30384-3511


BEACON MADAES
P.O.BOX 601452
CHARLOTTE, NC 28260-1452


BERKLEY MEDEVICES
1330 SO. 51ST STREET
RICHMOND, CA 94804-4628


BOSTON SCIENTIFIC
P.O. BOX951653
DALLAS, TX 75395-1653


BPI
4813 PACIFIC HIGHWAY EAST
FIFE, WA 98424


CADMET, INC.
P.O. BOX 24
MALVERN, PA 19355


CARDINAL HEALTH
P.O. BOX 100316
SEATTLE, WA 98119-0316


CIT TECHNOLOGY
P.O.BOX 550599
JACKSONVILLE, FL 32255-0599

```
CIT TECHNOLOGY SERVICES
P.O. BOX 100706
PASADENA, CA 91189-0706


CONMED CORPRATION
CHURCH STREET STATION
P.O. BOX 6814
NEW YORK, NY 10249-6814


CURASCRIPT SPECIALITY DISTRIB.
P.O. BOX 533307
CHARLOTTE, NC 28290


DAVID DAWSON, MDQ
5916 NAHANE EAST NE
TACOMA, WA 98422


DEROYAL INDUSTRIES
P.O. BOX 1015
POWELL, TN 37849-1015


EDDIE P. LO, DPM
1901 S UNION, SUITE B4001
TACOMA, WA 98405


FEDERAL EXPRESS
P.O. BOX 94515
PALATINE, IL 60094-4515


FRANK KIM, MD
316 ML KING JR WAY, #312
TACOMA, WA 98405


GETTING USA, INC.
1777 EAST HENRIETTA ROAD
ROCHESTER, NY 14623-3133


HEALTH RESOURCE SERVICES
P.O. BOX 749720
LOS ANGELES, CA 90074-9720


HERITAGE BANK %RON STAPLES
1722 SO UNION AVE
TACOMA, WA 98405
```

HOLOGIC LIMITED PARTNERSHIP
24506 NETWORK PLACE
CHICAGO, IL 60673-1245


IAN LAWSON, MD
1550 UNION AVE S, #210
TACOMA, WA 98405


INTEGRA TELECOM
P.O. BOX 2966
MILWAUKEE, WI 53201-2966


JOHNSON AND JOHNSON
5972 COLLECTIONS CENTER DR.
CHICAGO, IL 60693


KAREN NELSON, MD
314 ML KING JR WAY, #400
TACOMA, WA 98405


KATHY SMITH
112 6TH AVE
TACOMA, WA 98405


KONICA MINOLTA BUS. SOLUTIONS
USA, INC
DEPT. CH 19188
PALATINE, IL 60055-9188


LAMAY MOBILE SHREDDING
2910 HOGUM BAY RD NE
OLYMPIA, WA 98516-3133


LYNNE CLARK, MD
6002 N. WESTGATE BLVD, #150
TACOMA, WA 98406


MCKESSON MEDICAL SURGICAL
P.O. BOX 933027
ATLANTA, GA 31193-3027


MEDLINE
DEPT. 1080
P.O. BOX 121080
DALLAS, TX 75312-1080

MICROAIRE
LOCKBOX 96565
CHICAGO, IL 60693


MINDRAY DS USA, INC.
24312 NETWORK PL.
CHICAGO, IL 60673-1243


MOUNTAIN MIST
P.O. BOX 8447
SEATTLE, WA 98124-5747


OFFICE DEPOT
P.O. BOX70025
LOS ANGELES, CA 90074-0025


ON-HOLD CONCEPTS, INC
7121 27TH ST. W
TACOMA, WA 98466-4623


PHILADELPHIA INSURANCE COMPANY
P.O. BOX 7025
PHILADELPHIA, PA 19176-0251


PITNEY BOWES
P.O.BOX 371896
PITTSBURGH, PA 15250-7896


PITNEY BOWES (LEASE)
P.O. BOX 371887
PITTSBURGH, PA 15250-7887


PRASAD M. REDDY, MD
5 - 35TH AVE NW
GIG HARBOR, WA 98335


PRAXAIR DISTRIBUTION, INC.
DEPT. 0812
P.O. BOX 120812
DALLAS, TX 75312-0812


PRECISION DYNAMICS
13880 DEK SUR ST
SAN FERNANDO, CA 91340-3490

PROVIDER ADVANTAGE
UNIT 99
P.O. BOX 4800
PORTLAND, OR 97208-4800


PUGET SOUND PHARMACY
1112 SIXTH AVE, SUITE 101
TACOMA, WA 98405


PURCHASE POWER (PITNEY-BOWES)
P.O. BOX 371874
PITTSBURGH, PA 15250-7874


REGENCE
100 SW MARKET STREET
PORTLAND, OR 97201


REGENCE
P.O.BOX 21267 M/S S1016
SEATTLE, WA 98111


REGENCE BLUE SHIELD (CAMBIA)
100 SW MARKET STREET  MS/C6R
PORTLAND, OR 97201


REGENCE BLUE SHIELD (CAMBIA)
100 SW MARKET STREET
PORTLAND, OR 97201


ROBERT MCLEES,MD
7725 92ND ST NW
GIG HARBOR, WA 98332


ROBERT MODARELLI, MD
1231 NO. SUNSET DRIVE
TACOMA, WA 98406


ROBERT SPAULDING
4316 SW 307TH STREET
FEDERAL WAY, WA 98023


ROHLMAN & ASSOCIATES
10820 SE 23RD STREET
BELLEVUE, WA 98004

```
SEATTLE TIMES COMPANY
P.O. BOX 34698
SEATTLE, WA 98124-1698


SMITH FIRE SYSTEMS MGMT.
1106 54TH AVE EAST
TACOMA, WA 98424


STERICYCLE
P.O. BOX 6578
CAROL STREAM, IL 60197


STERILE SURGICAL SYSTEMS
2757  29TH AVE SW
TUMWATER, WA 98512


STORZ
FILE NO. 53514
LOS ANGELES, CA 90074-3514


STRYKER ENDOSCOPY
P.O, BOX 70119
CHICAGO, IL 60673-0119


SYNTHES
P.O. BOX 8538-662
PHILADELPHIA, PA 19171-0662


TACOMA DIESEL & EQUIPMENT
444-54TH AVE EAST
FIFE, WA 98424


TACOMA MEDICAL TRANSCRIPTION
P.O.BOX 97134
LAKEWOOD, WA 98497-0134


TAGS, AWARDS & SPECIALTIES
3643 PACIFIC AVE SE
OLYMPIA, WA 98501


TASC PHYSICIANS, LLC
1112 6TH AVE
TACOMA, WA 98405
```

```
TERRY PALADINETTI, MD
3712 NORTH 39TH STREET
TACOMA, WA 98407


THE HARTFORD
P.O. BOX 660916
DALLAS, TX 75266-0916


UTAH MEDICAL PRODUCTS
7043 SOUTH 300 WEST
MIDVALE, UT 84047


WASCA
17837 - 1ST AVE SO.
PMB #306
NORMANDY PARK, WA 98148


WELLS FARGO
PAYMENT REMITTANCE CENTER
P.O.BOX 5439
LOS ANGELES, CA 90054-0349
```

# United States Bankruptcy Court
## Western District of Washington

In re  **TASC, LLC**

Debtor(s)

Case No.

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **TASC, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**TASC Physicians, LLC**
**1112 6th Ave, Suite 100**
**Tacoma, WA 98405**

☐ None [*Check if applicable*]

**May 24, 2012**

Date

**/s/ James A. Santucci**

**James A. Santucci 7393**

Signature of Attorney or Litigant

Counsel for  **TASC, LLC**

**The Lanz Firm, P.S.**
**1200 Westlake Avenue North**
**Suite 809**
**Seattle, WA 98109**
**206-382-1827 Fax:206-682-5288**
**kdaines@thelanzfirm.com**